1   Anthony Boskovich, No. 121198
    policemisconduct@compuserve.com
2   Law Offices of Anthony Boskovich
    28 N. First Street, 6th Floor
3   San Jose, California 95113-1210

4   408-286-5150

5   Attorney for plaintiff CYNTHIA JOHNSON

6   MIGUEL MÁRQUEZ, County Counsel, No. 184621
    MARK F. BERNAL, Deputy County Counsel, No. 173923
7   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
8   San Jose, California 95110-1770
    Telephone: (408) 299-5900
9   Facsimile: (408) 292-7240

10  Attorneys for Defendant
    COUNTY OF SANTA CLARA

11

12

13           **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                              **SAN JOSE DIVISION**

16

17  CYNTHIA JOHNSON,                          )
                              *Plaintiff*,    )    No. CV 11-06673 LHK
18  v.                                        )
                                              )    STIPULATION AND
19  DEPUTY PERSIANI; DEPUTY MATT CLARK; )     [~~PROPOSED~~] ORDER TO
    JOHN DOE and RICHARD ROE, individually    )    CONTINUING CASE
20  and in their capacities as Santa Clara County )  MANAGEMENT CONFERENCE
    Deputy Sheriffs, the true names and exact numbers )
21  of whom are unknown at this time; COUNTY OF )
    SANTA CLARA; DOES 3 to 100,               )
22                              *Defendants*. )
                                              )
23

24          Plaintiff's counsel, Anthony Boskovich, is due to be on vacation 12 June 2012 through 19

25  June 2012.  As a result, the parties jointly request that the case management conference currently

26  scheduled for 13 June 2012 at 2:00 p.m. in this matter be continued to _____at 2:00

27

28  Stipulation and [Proposed] Order Continuing Case Management Conference                    Page 1

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*

1  p.m. and all related filing deadlines are continued accordingly.  Counsel are not available 11 July

2  2012, 8 August 2012, or 15 August 2012.

3

4  Dated: 6 June 2012

/s/ Anthony Boskovich
_____
ANTHONY BOSKOVICH

5  Attorney for Plaintiff

6  MIGUEL MARQUEZ, County Counsel

7

8  Dated: 6 June 2012

By:         /s/ Mark F. Bernal
_____
MARK F. BERNAL

9

10      ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

11      I attest that concurrence in the filing of this document by the signatories, Anthony Boskovich

12  and Mark F. Bernal, has been obtained, and that a record of the concurrence shall be maintained

13  at the Law Offices of Anthony Boskovich.

14

15  Dated: 6 June 2012

/s/ Anthony Boskovich
_____
ANTHONY BOSKOVICH

16

17                ORDER

18      The case management conference scheduled for 13 June 2012 at 2:00 p.m. is continued

19  to_____June 20, 2012_____ at 2:00 p.m. and all related filing deadlines are continued

20  accordingly.

21

22  Dated: June 11, 2012

23  HONORABLE LUCY H. KOH

24

25

26

27

28  Stipulation and [Proposed] Order Continuing Case Management Conference         Page 2

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*