UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA JOHNSON,<br>　　　　　Plaintiff,<br>　v.<br>DEPUTY PERSIANI; DEPUTY MATT CLARK; JOHN DOE and RICHARD ROE, individually and in their capacities as Santa Clara County Deputy Sheriffs, the true names and exact numbers of whom are unknown at this time; COUNTY OF SANTA CLARA; DOES 3 to 100,<br>　　　　　Defendants. | Case No.: 11-CV-06673-LHK<br><br>ORDER REFERRING CASE FOR REASSIGNMENT |

　　　Both parties having consented to proceed before Magistrate Judge Paul S. Grewal for all purposes, the above-captioned case is hereby referred for reassignment to Magistrate Judge Grewal for all purposes.

**IT IS SO ORDERED.**

Dated: June 27, 2012

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 11-CV-06673-LHK
ORDER REFERRING CASE FOR REASSIGNMENT