1  Anthony Boskovich, No. 121198
   policemisconduct@compuserve.com
2  Law Offices of Anthony Boskovich
   28 N. First Street, 6th Floor
3  San Jose, California 95113-1210

4  408-286-5150

5  Attorney for plaintiff CYNTHIA JOHNSON

**IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CYNTHIA JOHNSON,<br>     *Plaintiff*,<br>v.<br>DEPUTY PERSIANI; DEPUTY MATT CLARK; JOHN DOE and RICHARD ROE, individually and in their capacities as Santa Clara County Deputy Sheriffs, the true names and exact numbers of whom are unknown at this time; COUNTY OF SANTA CLARA; DOES 3 to 100,<br>     *Defendants*. | No. CV 11-06673 PSG<br><br>STIPULATION AND <s>[PROPOSED]</s> ORDER TO CONTINUE TRIAL AND RELATED DATES |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred that the jury selection and trial dates in this matter be amended as follows:

  Designation of Opening Experts: 2 December 2013

  Designation of Rebuttal Experts: 16 December 2013

  Fact and Expert Discovery Cutoff: 31 December 2013

  Final Pretrial Conference: 11 February 2014 at 2:00 P.M.

  Jury Trial: <s>24 February</s> 2014 at 9:30 A.M. and thereafter.
    7 April

All other dates to remain unchanged.

The grounds for this stipulation and order are that fact discovery in this matter was put on hold pending mediation, which took longer to complete for various logistical reasons. During the hiatus, it was learned that plaintiff's alleged injuries were much more substantial than originally believed, and a minimum of 2 expert opinions and independent medical examinations are now required. Finally, as this Court knows, plaintiff's counsel was involved in the jury trial of *Montiel v. Sheppard, et al.*, case number C07 05490 PSG, which took much more time than expected due to unforseen (and unforeseeable) circumstances, and now is set for retrial in the first week of October.

Dated: 24 July 2013

By: /s/Anthony Boskovich
ANTHONY BOSKOVICH,
Attorney for Plaintiff

Dated: 24 July 2013   **OFFICE OF THE COUNTY COUNSEL**

By: /s/ Mark Bernal
Mark Bernal
Attorney for Defendants

**It is so ordered:**

Dated:   July 29, 2013

The Honorable Paul S. Grewal
Magistrate Judge of the United States District Court

Stipulation to Continue Trial and Change Related Dates                                                                 Page 2