

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

70 West Hedding Street
East Wing, 9th Floor
San Jose, California  95110-1770
(408) 299-5900
(408) 292-7240 (FAX)

Orry P. Korb
**COUNTY COUNSEL**

Winifred Botha
Danny Y. Chou
Robert M. Coelho
Steve Mitra
**ASSISTANT COUNTY COUNSEL**

April 7, 2014

Paul S. Grewal
Magistrate Judge
United States District Court, Northern District
Courtroom 5, 4th Floor
280 South 1st Street
San Jose, CA  95113

> Re:   *C. Johnson v. Deputy Persiani, et al.*
>        Case No. CV-11-06673 PSG

Dear Magistrate Grewal:

This letter is written on behalf of all counsel and seeks an extension of time to file pretrial submissions from April 8th until Friday, April 18th. The parties are mindful that the Pretrial Conference on this matter is scheduled for Tuesday, April 22nd.

In the meantime, the parties will be filing a stipulation of dismissal as to certain causes of action of plaintiff's complaint and will continue to meet and confer in order to pare the case down further with respect to witnesses, evidence etc. A stipulation of dismissal will be filed with the court either later today or tomorrow. Additionally, the parties will return to mediation next Tuesday, April 15th. The mediator will again be William Simmons.

The parties further represent to the Court that with respect to pretrial motions there will be no unduly complicated motions.

Very truly yours,

ORRY P. KORB
County Counsel

MICHAEL C. SERVERIAN
Deputy County Counsel

GRANTED
*Paul S. Grewal*
Judge Paul S. Grewal

913629